IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LAWRENCE MAYS, JR.                                                             PLAINTIFF

VS.                          NO.2:11 cv 244 TLH

UNITED STATES OF AMERICA                              DEFENDANT

<u>PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE</u>

COMES THE PLAINTIFF, by and through his undersigned counsel, and respectfully moves the Court to enter its Order dismissing this cause of action without prejudice.

Most respectfully,

Sandy S. McMath
AR Bar 66049
711 West Third Street
Little Rock, AR 72201
501-396-5414 TEL
501-374-5118 FAX
sandymcmath@aol.com

<u>CERTIFICATE OF SERVICE</u>

A copy hereof has been served this 22d day of April 2014 upon Ms. Lindsey Lorrance, counsel for the defendant, Office of the United States Attorney, 425 West Capitol Avenue, Suite 500, Little Rock, AR 72201-1229 and by FAX at 501-340-2728.

Sandy S. McMath